

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED

JUN 1 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff(s),

v.

PAUL ATHA

Defendant(s).

CASE NO. 3:06-CR-00265

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

CHRIS FLOOD , an active member in good standing of the bar of SUPREME COURT OF TEXAS whose business address and telephone number (particular court to which applicant is admitted) is  Flood & Flood, 914 Preston at Main, Suite 800, Houston, TX 77002 telephone (713) 223-8877; fax (713) 233-8879

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PAUL ATHA,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 6/19/06

United States District Judge
MARILYN H. PATEL