| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | KESLIE STEWART (CSBN 184090)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6962 |
| 7 | |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0265-MHP |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF PAUL ATHA'S SENTENCING DATE |
| PAUL ATHA, ET AL. | ) | |
| Defendant. | ) | |

STIP. RE CONTINUANCE

CR 06-0265-SI

1  This matter is currently scheduled for sentencing on October 23, 2006. The defendant, as
2  part of his plea agreement, agreed to provide assistance to the government in this matter in
3  exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1. The
4  defendant has been cooperating with the joint investigation by the United States Attorney's
5  Office here in the Northern District of California and the Fraud Section of the Criminal Division
6  in Washington D.C. Because his cooperation is on-going, the parties hereby stipulate and jointly
7  request that Paul Atha's sentencing be continued to November 13, 2006 or as soon thereafter as
8  the Court is available.
9  SO STIPULATED.

                                        KEVIN V. RYAN
                                        United States Attorney

Dated: August 24, 2006                         /s/
                                        KESLIE STEWART
                                        Assistant United States Attorney


Dated: August 24, 2006                         /s/
                                        CHRIS FLOOD
                                        Attorney for Defendant


SO ORDERED.

Dated: August 28, 2006

                                        IT IS SO ORDERED
                                        Judge Marilyn H. Patel

STIP. RE CONTINUANCE

CR 06-0265-SI