1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  KESLIE STEWART (CSBN 184090)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6962
7
   Attorneys for Plaintiff
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,        )   No. CR 06-0265-MHP
                                    )
14        Plaintiff,                )
                                    )   STIPULATION AND [PROPOSED]
15     v.                           )   ORDER RE CONTINUANCE OF PAUL
                                    )   ATHA'S SENTENCING DATE
16 PAUL ATHA, ET AL.                )
                                    )
17        Defendant.                )
                                    )
18 _____  )

28
   STIP. RE CONTINUANCE

   CR 06-0265-SI

1   This matter is currently scheduled for sentencing on October 23, 2006. The defendant, as
2   part of his plea agreement, agreed to provide assistance to the government in this matter in
3   exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1. The
4   defendant has been cooperating with the joint investigation by the United States Attorney's
5   Office here in the Northern District of California and the Fraud Section of the Criminal Division
6   in Washington D.C. Because his cooperation is on-going, the parties hereby stipulate and jointly
7   request that Paul Atha's sentencing be continued to November 13, 2006 or as soon thereafter as
8   the Court is available.

SO STIPULATED.

        KEVIN V. RYAN
        United States Attorney

Dated: August 24, 2006         /s/
        KESLIE STEWART
        Assistant United States Attorney

Dated: August 24, 2006         /s/
        CHRIS FLOOD
        Attorney for Defendant

SO ORDERED.

Dated: August 28, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. RE CONTINUANCE

CR 06-0265-SI